IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL BOONE,

      Petitioner,                    No. CIV S-10-0444 EFB P

    vs.

RICHARD B. IVES,

      Respondent.                 ORDER

/

       Petitioner is a federal prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to the parties' consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(3).

       In his petition, petitioner asks to be "placed in a [residential re-entry center] for one year" and states that he is "making the same claim as in *Sacora v. Thomas*, out of the District of Oregon." Pet. at 3 (referring to *Sacora v. Thomas*, 2009 WL 4639635 (D. Or., December 3, 2009), *aff'd*, 628 F.3d 1059 (9th Cir. 2010)). Both petitioner and respondent have argued that this action may be moot. *See* Dckt. No. 14 (petitioner argues that the court's grant of an extension of time "will leave the response due after he is placed in a halfway house, potentially rendering his action moot"); Dckt. No. 15 (respondent argues that the petition should be

1

1 | dismissed as moot, and states that petitioner's projected release date was July 2, 2011).
2 |     Accordingly, it is hereby ORDERED that within 21 days of this order, the parties shall
3 | submit briefing explaining whether this action should be dismissed as moot based on petitioner's
4 | change in custody. Petitioner's failure to comply with this order will result in the dismissal of
5 | this case.
6 | DATED: January 6, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE