IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL BOONE,

Petitioner, No. CIV S-10-0444 EFB P

vs.

RICHARD B. IVES,

Respondent. ORDER

_______________________________/

Petitioner is a federal prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to the parties' consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(3).

In his petition, petitioner asks to be "placed in a [residential re-entry center] for one year" and states that he is "making the same claim as in *Sacora v. Thomas*, out of the District of Oregon." Pet. at 3 (referring to *Sacora v. Thomas*, 2009 WL 4639635 (D. Or., December 3, 2009), *aff'd*, 628 F.3d 1059 (9th Cir. 2010)). Both petitioner and respondent have argued that this action may be moot. *See* Dckt. No. 14 (petitioner argues that the court's grant of an extension of time "will leave the response due after he is placed in a halfway house, potentially rendering his action moot"); Dckt. No. 15 (respondent argues that the petition should be

dismissed as moot, and states that petitioner's projected release date was July 2, 2011).

Accordingly, it is hereby ORDERED that within 21 days of this order, the parties shall submit briefing explaining whether this action should be dismissed as moot based on petitioner's change in custody. Petitioner's failure to comply with this order will result in the dismissal of this case.

DATED: January 6, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE