IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL BOONE,

      Petitioner,                  No. 2:10-cv-444 EFB P

    vs.

RICHARD B. IVES,

      Respondent.              <u>ORDER</u>

                               /

Petitioner, a federal prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2241. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to the parties' consent. *See* 28 U.S.C. § 636(c); Fed. R. Civ. 73.

On January 26, 2012, respondent filed a motion to dismiss. Dckt. No. 17. Petitioner failed to timely file an opposition. On April 16, 2012, the court informed petitioner of the requirements for filing an opposition to the pending motion, gave petitioner 21 days to file an opposition or statement of non-opposition and warned him that failure to do so could result in this action being dismissed.

////

////

1

1      The 21 days have passed and petitioner did not file an opposition or a statement of no
2 opposition. Petitioner has been warned that he must file a response to respondent's motion, been
3 granted additional time in which to do so, but appears to have abandoned his case.
4      Accordingly, this action is DISMISSED for failure to prosecute and failure to obey court
5 orders. *See* Fed. R. Civ. P. 41(b); Rule 12, Rules Governing Section 2254 Cases; Local Rule
6 110.
7 Dated: June 7, 2012.

                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE